**08 CRIM 370**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | James Molinelli<br>Miscellaneous Clerk | OFFENSE: Conspiracy to Possess with Intent to Distribute Cocaine-Schedule II; 21 U.S.C 841 (a)(1) |
| | | ORIGINAL SENTENCE: Two Hundred Thirty Six (236) months imprisonment; Five (5) years supervised release |
| FROM: | Theresa L. Maisano<br>U.S. Probation Officer | SPEC. CONDITIONS: The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two (2) periodic drug tests thereafter, as directed by the probation officer. The defendant shall remain employed. The defendant shall support children if they are under the age to support themselves |
| | | AUSA: To be assigned |
| RE: | **Eduardo Medrano**<br>**Docket # 4: 97 CR 26-1**<br>**(ED/VA)** | |

DATE OF SENTENCE: September 5, 1997

DATE:    April 15, 2008

ATTACHMENTS:    PSI X    JUDGMENT X    PREVIOUS REPORTS
                VIOLATION  PETITION

REQUEST FOR:    WARRANT____    SUMMONS____    COURT DIRECTION  X

---

## TRANSFER OF JURISDICTION

Reference is made to the above-mentioned offender who on September 5, 1997, was sentenced by the Honorable J. Calvitt Clarke, Jr., United States District Judge, Eastern District of Virginia, to two hundred thirty six (236) months incarceration; five (5) years supervised release. Medrano was convicted of Conspiracy to Possess with Intent to Distribute Cocaine-A Schedule II Narcotic, in violation of 18 U.S.C. 841 (a)(1). Special conditions include: The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two (2) periodic drug tests thereafter, as directed by the probation officer. The defendant shall remain employed. The defendant shall support children if they are under the age to support themselves

The purpose of the correspondence is to request that jurisdiction be transferred to the Southern District of New York. This request is based upon Medrano's residence in New York. Medrano has various community ties and as such, is very unlikely to reside within the confines of the sentencing district.

On April 9, 2008, the Honorable Walter D. Kelley, Jr., United States District Judge, agreed to a transfer of jurisdiction and executed the Probation Form 22.

In light of the aforementioned circumstances, we are requesting that jurisdiction be transferred to the Southern District of New York.

Enclosed is a Transfer of Jurisdiction Order for your review.

                                                         Respectfully Submitted,

                                                         Chris J. Stantion
                                                         Chief U.S. Probation Officer

                                    By: _____
                                                         Theresa L. Maisano
                                                         U.S. Probation Officer
                                                         (212) 805-5136

Approved By: _____
                Paul Wodeshick
                Supervising U.S. Probation Officer